FILED ____ LODGED
____ RECEIVED
NOV 23 2005
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN T. BLACK,

    Plaintiff,

v.

JOSEPH LEHMAN, et al.,

    Defendants.

CASE NO. C05-5856RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation of Judge J. KELLEY ARNOLD, United States Magistrate Judge [Dkt. # 21]. The Court has reviewed the report and the underlying record, and does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation [Dkt. # 21];

(2) The Defendants' Motion for Summary Judgment [Dkt. #17] is GRANTED, and Plaintiff's complaint is DISMISSED with Prejudice; and,

(3) The Clerk is directed to send copies of this Order to the plaintiff at his last known address and to defendant's counsel and Magistrate Judge J. KELLEY ARNOLD.

DATED this 22 day of November, 2005.



RONALD B. LEIGHTON
United States District Judge

05-CV-05856-ORD

Page - 1